UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Best Vendors Company, a Minnesota corporation, d/b/a Best Vendors Co.,

Plaintiff,

vs.

Air-Vac Systems, Inc., a Florida Corporation; Jack D. Fitch, Inc., a Florida corporation; Lyle Systems, Inc., a Florida corporation; Air Express, Inc., a Massachusetts corporation; Dan Rue dba Coin Air/Eustis; and Mass Air Systems,

Defendants.

Court File No. 00-CV-2224 JRT/FLN

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER COMPLAINT**

The parties, through their undersigned counsel of record, hereby stipulate that Defendants shall have an extension of time to answer or otherwise respond to the Complaint up to and including October 31, 2000.

Dated: October 13, 2000

**MACKALL, CROUNSE & MOORE, PLC**

By ______________________
Michael R. Gray (MN #175602)
Tim A. Staum (MN #190470)
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
(612) 305-1432

**ATTORNEYS FOR DEFENDANTS**

FILED OCT 23 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**FRUTH & ANTHONY, P.A.**

By: ______________________

Joseph W. Anthony (MN#2872)
Mark D. Wisser (MN#217736)
3750 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 349-6969

**ATTORNEYS FOR PLAINTIFF**

**ORDER**

Pursuant to the parties' Stipulation, it is hereby ordered that Defendants shall have an extension of time to answer or otherwise respond to Plaintiff's Complaint up to and including October 31, 2000.

Dated: October 23, 2000

______________________
~~John R. Tunheim~~
United States ~~District Court~~ Judge
MAGISTRATE

MRG/llk/576708.1