**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

BEST VENDORS COMPANY, a Minnesota corporation, d/b/a BEST VENDORS CO.

Plaintiff,

-vs-

AIR-VAC SYSTEMS, INC., a Florida Corporation, JACK D. FITCH, INC.; a Florida corporation; LYLE SYSTEMS, INC., a Florida corporation; AIR EXPRESS, INC., a Massachusetts corporation; DAN RUE d/b/a COIN AIR/EUSTIS; and MASS AIR SYSTEMS,

Defendants.

COURT FILE NO. 00-CV-2224 JRT/FLN

**ORDER FOR EXPEDITED DISCOVERY**

---

The Motion of Defendants for an Order for Expedited Discovery came on for hearing before the Court on the 4th day of December, 2000. Michael R. Gray and Tim A. Staum of Mackall, Crounse & Moore, PLC, appeared on behalf of Defendants. Joseph W. Anthony and Mark D. Wisser of Fruth & Anthony, P.A., appeared on behalf of Plaintiff.

Based upon the submissions to the Court in connection with this Motion, the files, records and proceedings herein, and upon arguments of counsel,

IT IS HEREBY ORDERED, that the Defendants are granted leave to immediately commence with taking the depositions of Circle K Stores, Inc. and Air Serv in this matter, and engage in document inspection in connection therewith.

Dated: Dec 4, 2000.

BY THE COURT:

Franklin L. Noel

Franklin L. Noel
Chief Magistrate Judge

TAS/kbh/579702.1
089090-00001

DEC 04 2000

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK