**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

BEST VENDORS COMPANY, a Minnesota corporation d/b/a BEST VENDORS CO.

Plaintiff,

vs.

AIR-VAC SYSTEMS, INC., a Florida corporation; JACK D. FITCH, INC., a Florida corporation; LYLE SYSTEMS, INC., a Florida corporation; AIR EXPRESS, INC., a Massachusetts corporation, DAN RUE dba COIN AIR/ EUSTIS; and MASS AIR SYSTEMS,

Defendants.

Court File 00-CV-2224 JRT/FLN

**STIPULATED ORDER FOR PARTIAL DISMISSAL WITH PREJUDICE**

Plaintiff Best Vendors Company and defendants Air-Vac Systems, Inc., Lyle Systems, Inc., Jack D. Fitch, Inc., and Dan Rue dba Coin Air/Eustis hereby stipulate to an order dismissing, with prejudice, all claims that they have asserted against each other in the above captioned litigation. This stipulation shall have no effect on claims asserted between Best Vendors Company and defendants Mass Air Systems and Air Express, Inc.

MACKALL CROUNSE & MOORE, PLC

By: [signature] 6-22-01
Tim A. Staum (#190470) Date
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402-2859
(612) 305-1400

ATTORNEYS FOR DEFENDANTS

FRUTH & ANTHONY, P.A.

By: [signature] 6-25-01
Mark D. Wisser (#217736) Date
3750 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 349-6969

ATTORNEYS FOR PLAINTIFF

FILED JUL 0 2 2001
RICHARD D. SLETTEN, CLERK

JUDGEMENT ENTERED ______

DEPUTY CLERK'S INITIALS ______

**IT IS SO ORDERED.**

7/2/2001
Date

John R. Tunheim
United States District Judge