**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**
Judge Tunheim / Magistrate Judge Noel

BEST VENDORS COMPANY, a Minnesota corporation d/b/a BEST VENDORS CO.,

Plaintiff,

vs.

AIR EXPRESS, INC., a Massachusetts corporation, and MASS AIR SYSTEMS,

Defendants.

Court File 00-CV-2224 JRT/FLN

**JOINT MOTION TO AMEND SCHEDULING ORDER AND REQUEST FOR SETTLEMENT CONFERENCE**

**WHEREAS,** the original Scheduling Order require plaintiff to disclose any expert witness(es) by August 1, 2001; and

**WHEREAS,** the parties have determined that plaintiff's damages claim against defendants does not require expert testimony; and

**WHEREAS,** defendants' counterclaims against plaintiff raise issues of damages that may or do require expert testimony; and

**WHEREAS,** the parties have delayed the commencement of full discovery while they successfully negotiated the dismissal of four original defendants and while they further negotiated regarding possible settlement of all issues;

**NOW THEREFORE,** plaintiff Best Vendors Co. and defendants Mass Air Systems and Air Express, Inc., propose that the Court's Scheduling Order be amended as follows:

1. That defendants be required to disclose the identify of any expert(s) and produce the report required under Fed. R. Civ. P. 26(a) by October 1, 2001.

FILED AUG 1 0 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

2. That plaintiff be required to disclose the identify of any expert(s) and produce the report required under Fed. R. Civ. P. 26(a) by November 1, 2001.

3. That defendants be required to produce any rebuttal expert report by November 15, 2001.

4. That the deadline for completion of non-expert discovery be amended from October 1 to November 1, 2001.

5. That the deadline for completion of all expert discovery be established as December 15, 2001.

6. That the deadline for having non-dispositive motions filed be amended from November 1 to December 15, 2001.

7. That the deadline for having dispositive motions filed be amended to December 31, 2001.

8. That the deadline for having the case ready for trial be amended from January 1, 2002, to March 1, 2002.

**REQUEST FOR SETTLEMENT CONFERENCE**

In addition to moving jointly for amendments to the Court's Scheduling Order, plaintiff and defendants further request that a settlement conference be scheduled with a Magistrate Judge in the latter half of August or early September, in an effort to explore settlement before the parties incur substantial expenses in further litigation.

ANTHONY OSTLUND & BAER, P.A.

By: ______________________ 8-2-01
Joseph W. Anthony Date
Mark D. Wisser
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 349-6969

**ATTORNEYS FOR PLAINTIFF**

MACKALL CROUNSE & MOORE, PLC

By: ______________________ 8-2-01
Tim A. Staum Date
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
(612)305-1400

**ATTORNEYS FOR DEFENDANTS**

IT IS SO ORDERED.

The scheduling order is hereby amended as set forth above.

Date: 8/7/01

______________________
Franklin L. Nocl
Chief Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500