**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

BEST VENDORS COMPANY, a Minnesota corporation, d/b/a BEST VENDORS CO.

Plaintiff,

-vs-

AIR-VAC SYSTEMS, INC., a Florida Corporation, JACK D. FITCH, INC.; a Florida corporation; LYLE SYSTEMS, INC., a Florida corporation; AIR EXPRESS, INC., a Massachusetts corporation; DAN RUE d/b/a COIN AIR/EUSTIS; and MASS AIR SYSTEMS,

Defendants.

COURT FILE NO. 00-CV-2224 JRT/FLN

**CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER**

---

Plaintiff and Defendants by and through their respective duly authorized counsel of record hereby stipulate and agree to the following Confidentiality Stipulation and Protective Order in the above captioned matter.

During the course of discovery, the parties and others may be under an obligation to disclose information and/or materials deemed to constitute trade secrets or confidential research, development, financial, or commercial information. Disclosure of such information and/or material during discovery and/or the hearing shall only occur upon the terms and conditions contained herein.

1. Until further stipulation of the parties, all discovery, including non-party discovery, shall be subject to this Stipulation of Confidentiality.

CLERK

2. As used herein **"trial counsel"** shall mean those attorneys who are members or associates of any law firms employed by the parties who are charged with the responsibility for and actively engaged in trial preparation of this action, as well as any of trial counsel's respective secretaries, legal assistants or other staff.

3. All discovery material produced or exchanged in the course of this litigation shall be used **solely** for the purpose of preparing for and conducting the trial of this action. It may not be used for any other purpose, without the express, written consent of all parties or the individual or entity from which the discovery originated.

4. In connection with discovery proceedings in this action, any information deemed by the producing party to be confidential or proprietary in nature, may be designated **"Confidential"** by the producing party, and will be subject to the terms of this Stipulation of Confidentiality.

5. Information shall be deemed and designated **"Confidential"** in the following manner:

a. By stamping the front page of each document with the designation **"Confidential;"**

b. By imprinting the designation **"Confidential"** next to each answer to interrogatory, response to deposition upon written question, or response to request for admission;

c. By designating a portion of a deposition transcript as confidential by written notice to all other parties listing the page and inclusive line numbers of the designated material. In any deposition transcript in which any portion has been designated confidential, the court reporter or the party in possession of the original shall imprint the word **"Confidential"** on the front page of the deposition transcript;

d. By describing in writing and in sufficient detail any non-written material and by providing written notice to all other parties that such non-written material shall be kept confidential;

e. By affixing to the canister or cassette of all video or audio tapes the designation **"Confidential."**

In lieu of marking the original documents, the producing party may mark the copies that are produced or exchanged, and the fact that the original documents themselves may not contain the **"Confidential"** marking shall not constitute a waiver of confidentiality.

6. The obligation to designate information as confidential shall be upon the party producing it. Except with respect to deposition or hearing testimony, discovery from individuals or companies who are not parties to this action, and discovery produced prior to the date of this Stipulation, such designation shall occur at the time of production.

7. Any information designated **"Confidential"** shall not be disclosed to any person other than:

a. The parties, their officers and directors;

b. Trial counsel for the parties;

c. The trial Judge and his/her personnel and employees;

d. Persons noticed or subpoenaed for deposition or hearing testimony;

e. Experts specifically retained to testify or assist counsel in this matter.

7.1 Qualifying information or documents also may be marked **"Confidential - Attorneys' Eyes Only."** The designation of **"Confidential - Attorneys' Eyes Only"** may be used only for documents, things and information the disclosure of which to an opposing party would cause a material injury, or the reasonable possibility of a material injury, to the designating party's business. This specifically includes, without limitation, pricing and other

competitive information. Any information or document(s) designated **"Confidential - Attorneys' Eyes Only"** shall not be disclosed to any person other than:

a) Trial Counsel for the parties;

b) The trial Judge, the Magistrate Judge and their staffs;

c) Non-industry experts specifically retained to testify or assist trial counsel in this action;

d) Employees of the party producing the **"Confidential - Attorneys' Eyes Only"** information.

7.2 If any party submits any information or material designated **"Confidential - Attorneys' Eyes Only"** to the Court, such material or information or material shall be filed with the clerk in a separate envelope labeled **"Confidential - Attorneys' Eyes Only; Subject to Protective Order."**

7.3 Except for the heightened protection described above, information or material designated **"Confidential - Attorneys' Eyes Only"** will be treated in the same manner as **"Confidential Information"** under this Stipulated Protective Order.

It is strictly understood that each individual identified above, to whom confidential information is to be disclosed, shall agree to be bound to the terms of this Stipulation.

8. This stipulation applies to all discovery from third parties, who may make a designation of confidentiality at the time of production.

9. Any person to whom disclosure of confidential information is made pursuant to the terms of this Stipulation shall use said information only for the purpose of this action and preparation for trial. All persons are strictly forbidden from using any Confidential information for any business, competitive or other purpose.

10. The inadvertent or unintended disclosure by the supplying party of Confidential information, shall not be deemed a waiver of that party's claim of confidentiality. This Stipulation shall not prohibit trial counsel from contacting any person merely because that person's identity is disclosed in information that has been designated Confidential. No Confidential information, however, may be disclosed to such a person, in any form, unless allowed by this Stipulation.

11. A party shall not be obligated to challenge the propriety of another party's designation of information, and failure to do so shall not preclude any subsequent challenge thereto. In the event that any party disagrees with another's designation, the parties agree to attempt to resolve the dispute in good faith. If the dispute cannot be resolved, the objecting party may seek appropriate relief from the Court.

12. If trial counsel intend to introduce Confidential material into evidence in Court or at a deposition, trial counsel shall give opposing counsel advance notice such that either party can take such steps as it deems necessary to preserve the confidentiality of such information.

13. There shall be no reproduction whatsoever of any Confidential information, except as required in this litigation. Copies, excerpts, or summaries of Confidential information, including affidavits, briefs, and memoranda may be shown or given to only those with authorized access under this Order.

14. Upon termination of this action, trial counsel shall return to the furnishing party all discovery designated as Confidential received from such party during the course of this action, including all copies of discovery, excerpts and summaries thereof and shall not retain any copies thereof.

15. The obligations described herein are to be enforced for the period of this action and shall remain in effect subsequent to its termination so as to protect the confidentiality of designated material.

Dated: December 6, 2000.

**FRUTH & ANTHONY, P.A.**

By: ______________________

Joseph W. Anthony (#2872)
Mark D. Wisser (#217736)
3750 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
612/349-6969

**ATTORNEYS FOR PLAINTIFF**

Dated: December 6, 2000

**MACKALL, CROUNSE & MOORE, PLC**

By: ______________________

Michael R. Gray (#175602)
Tim A. Staum (#190470)
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
612/305-1432

**ATTORNEYS FOR DEFENDANTS**

TAS/llk/579987.1
089090-00001

**PROTECTIVE ORDER**

Pursuant to Rule 26(b) of the Federal Rules of Civil Procedure and the foregoing Stipulation of the parties;

**IT IS HEREBY ORDERED**:

1. The foregoing Stipulation of the parties shall be and hereby is adopted as the Order of this Court, and the parties are directed to fully comply with its terms.

Dated: Oct. 10, 2001

Franklin L. Noel
United States Magistrate Judge

TAS/llk/579987.1
089090-00001

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
OFFICE OF THE CLERK

316 N. ROBERT ST., RM. 700
ST. PAUL, MN 55101

300 S. FOURTH ST., RM 202
MINNEAPOLIS, MN 55415

417 FEDERAL BLDG, 515 W. FIRST ST.
DULUTH, MN 55802

# Clerk's Notice In Re: Protective Order

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing **confidential original** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

*Guidelines for filing with the Clerk:*

A. Documents are to be **sealed** (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 *(LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 1/2 x 11 inch white paper...flat and unfolded. this rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)*

B. Each envelope must list the following information, and each document is to be in a separate envelope.

- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "**SEALED**" or "**CONFIDENTIAL**"

***Guidelines for filing with a U.S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500