UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Best Vendors Company,

Plaintiff,

v.

Air-Vac Systems, Inc., et al.,

Defendants.

Civil No. 00-2224 JRT/FLN

ORDER

---

MARK D. WISSER, Esq., for plaintiff.
TIM A. STAUM, Esq., for defendants.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on October 29, 2001, on Plaintiff's Motion To Amend Complaint [#39].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that: Plaintiff's Motion To Amend Complaint [#39] is **GRANTED.**

**IT IS FURTHER ORDERED:**

(1) To the extent additional time is needed to discover facts related to the new allegations in the Amended Complaint, any such discovery shall be completed by January 1, 2002. This extended discovery shall be limited only to any new issues developed by the Amended Complaint;

(2) All dispositive motions shall be filed and the hearing thereon completed on or before February 1, 2002;

(3) The ready for trial date of March 1, 2002, remains unchanged.

DATED: 11/1/01

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED NOV 01 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK