**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

BEST VENDORS COMPANY,

Plaintiff,

v.

AIR EXPRESS, INC., et al.,

Defendants.

Civil No. 00-2224 (JRT/FLN)

**ORDER OF DISMISSAL**

Joseph W. Anthony, ANTHONY OSTLUND & BAER, 90 South Seventh Street, Suite 3600, Minneapolis, MN 55402, for plaintiff.

Tim A. Staum, MACKALL CROUNSE & MOORE, 901 Marquette Avenue South, Suite 1400, Minneapolis, MN 55402, for defendants.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: Dec. 24, 2002
at Minneapolis, Minnesota.

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge

FILED DEC 24 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ________
DEPUTY CLERK ________